IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **BOBBY LEON WYNN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 5:12-CV-323(MTT) |
| | ) |
| **Nurse PAT JOHNSON,** *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Charles H. Weigle. (Doc. 34). Having reviewed the Defendants' motion for summary judgment (Doc. 29), the Magistrate Judge recommends granting the motion because the Plaintiff has failed to present evidence creating a genuine dispute regarding whether the Defendants were deliberately indifferent to his serious medical needs. The Plaintiff did not file an objection to the Recommendation.

The Court has reviewed the Recommendation, and the Recommendation is adopted and made the order of this Court. The Defendants' motion is **GRANTED**.

**SO ORDERED**, this the 28th day of August, 2014.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT